SAM FINKELSTEIN. Appellant, v. CELIA FREEMAN et al., Respondents.

(Submitted December 5, 1932; decided December 13, 1932.)

Motion for reargument of motion to dismiss appeal denied, with ten dollars costs and necessary printing disbursements.   (See 260 N. Y. 565.)